3:19-cv-00750



FILED ____ RECEIVED
____ ENTERED ____ SERVED ON
COUNSEL/PARTIES OF RECORD

DEC 18 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# Notice:

# No IFP Application, or Filing Fee was received with Initiating Documents.